UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ADRIAN TOSADO,<br>      Petitioner,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br>      Respondent. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>: | No. 5:15-cr-00592-5<br>No. 5:20-cv-02962 |

**O R D E R**

**AND NOW**, this 14th day of March, 2025, for the reasons set forth in the Opinion issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Motions to Lift Stay, ECF Nos. 384 and 407, are **GRANTED**.

2. The stay issued on June 25, 2020, is **LIFTED**.

3. The Motion to Vacate, ECF No. 324, is **DENIED**.

4. The Second Motion to Vacate, ECF No. 360, is **DENIED and DISMISSED**.

5. A certificate of appealability is **DENIED**.

6. The Clerk of Court shall **CLOSE** the above-captioned actions.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge